Return Date: _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

Emmanuel Loncke,                     Case No. 20-42261-nHL
                                     Chapter 7

                Debtor(s)
-----------------------------------------------------------x
Emmanuel Loncke,                     Adv. Proc. No. 20-1105-nhL
                Plaintiff(s),

        -against-

Paypal & kabbage,

                Defendant(s).
-----------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the annexed application of Adversary Proceeding, a hearing will be held before the Hon. Lord, Bankruptcy Judge, to consider the motion for an Order granting relief as follows: Requesting that the court Enter a default judgement against the defendant

Date and time of hearing: Feb 18, 2021  10:30 am
Location: U.S. Bankruptcy Court
271 Cadman Plaza East
Brooklyn, New York 11201
Courtroom # 3577, 3rd Floor

Dated: 01-15-21                   Emmanuel Loncke
                                  Signature
                                  Print name: Emmanuel Loncke
                                  Address: 350 Beach 75th
                                           St Arverne NY 11692
                                  Phone: 404-993-3479
                                  Email: excel_emt@yahoo.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

Emmanuel Loncke,

Case No. 20-42261-nhL
Chapter 7

Debtor(s)
-------------------------------------------------x
Emmanuel Loncke,

Adv. Proc. No. 20-1105-nhL

Plaintiff(s),

-against-

Paypal / Kabbage,

Defendant(s).
-------------------------------------------------x

## APPLICATION IN SUPPORT OF MOTION

TO THE HON. ___Lord___, Bankruptcy Judge

I, __Emmanuel Loncke__, __Plantiff__, make this application in support of my motion for the following relief: of $10,000 from each of the defendants in penitive damages

In support of this motion, I hereby allege as follows: Both defendants were advised that the plantiff was going through a bankruptcy and continued to collect a debt during the process. They were both contacted by mail, email and through the banks investigation to stop taking payment. No response was made to the plantiff once contact was initiated and funds were returned.

Wherefore, movant prays for an Order granting the relief requested.

Dated: 01-15-20

*Emmanuel Loncke*

Signature

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
In re:

Emmanuel Loncke,

Case No. 20-42261-nhL
Chapter 7

Debtor(s)
-------------------------------------------------x
Emmanuel Loncke,

Adv. Proc. No. 20-1105-nhL

Plaintiff(s),

-against-

Paypal & kabbege.

Defendant(s).

-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 19, 2021, a copy of the annexed Motion was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon *[below specify the name and mailing address of each party served]*:

Dated: January 19, 2021

_____
Signature




 

PUB00001280709842

07/21/2020

EMMANUEL LONCKE
7416 BEACH CHANNEL DR
ARVERNE, NY 11692

Dear EMMANUEL LONCKE,

This notification is in response to your claim #12807098 reported on 07/28/2020 for account # ending in 0383.

The bank has determined after completion of its investigation that it is not liable for your claim.

The merchant did not allow a late return. They have provided us with a copy of the authorization. Please contact Loan Builder a Paypal Service at 1-800-347-5626 to dispute the charge on your account.

If you have any questions, or require additional information, please contact our Call Center at 1-800-894-0300. For your convenience, our Call Center representatives are available 7:00 AM to 11:00 PM 7 days a week. We appreciate your relationship with People's United Bank, N.A..

Sincerely,

ACH Department
People's United Bank, N.A.

 

07/21/2020

SMOOTHIE HAVEN LLC
7416 BEACH CHANNEL DR
ARVERNE, NY 11692

Dear SMOOTHIE HAVEN LLC,

This notification is in response to your claims #12803357,12803361 reported on 07/28/2020 for account # ending in 0383.

The bank has determined after completion of its investigation that it is not liable for your claims.

The merchant did not allow a late returns. They have provided us with a copy of the authorization. Please contact Loan Builder a Paypal Service at 1-800-347-5626 to dispute the charges on your account.

If you have any questions, or require additional information, please contact our Call Center at 1-800-894-0300. For your convenience, our Call Center representatives are available 7:00 AM to 11:00 PM 7 days a week. We appreciate your relationship with People's United Bank, N.A..

Sincerely,

ACH Department
People's United Bank, N.A.